# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

———————

No. 99-2065

———————

| | | |
|---|---|---|
| Harold H. Knight; Janice D. Knight, | * | |
| | * | |
| Plaintiffs - Appellants, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Western District of Missouri. |
| John B. Bissell, et al., | * | |
| | * | **[UNPUBLISHED]** |
| Defendants - Appellees. | * | |

———————

Submitted: November 5, 1999
Filed: November 10, 1999

———————

Before BEAM, LOKEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

———————

PER CURIAM.

Harold and Janice Knight appeal the district court's[1] order dismissing their action seeking to recover for personal injuries sustained in an automobile accident because defendants allegedly conspired to harm and intimidate the Knights due to their public opposition to the Iran-Contra affair and alleged CIA involvement in drug trafficking. Having carefully reviewed the record, we conclude the district court properly dismissed

---

[1]The HONORABLE ORTRIE D. SMITH, United States District Judge for the Western District of Missouri.

the complaint because the Knights failed to prove their allegation of federal diversity jurisdiction.  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.